# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-0718

———————————————

JAMES RUSSELL JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.

September 9, 2024

PER CURIAM.

DISMISSED as untimely.

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

James Russell Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.